MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff MOHD AYUB KHAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHD AYUB KHAN, an individual, on behalf of himself and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General<br><br>Plaintiff,<br>vs.<br><br>FLEXTRONICS INTERNATIONAL USA, INC., A CALIFORNIA CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:09-cv-05155-JF<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiff, MOHD AYUB KHAN, and Defendant FLEXTRONICS INTERNATIONAL USA, INC., stipulate to the following:

1. Plaintiff commenced this lawsuit on October 30, 2009.
2. No date has been set yet for the last date to amend the pleadings.
3. Plaintiff has not previously filed an amended pleading.
4. Attached to this Stipulation is a copy of the proposed First Amended Complaint.
5. Plaintiff wishes to amend his complaint to allege a class action.
6. Defendant wishes to avoid the time and expense of requiring Plaintiff to file a motion to amend his complaint.

7. Defendant reserves all rights and defenses to respond to the amended complaint.

DATED: June 15, 2010                    LAW OFFICES OF MICHAEL TRACY

                                        By: _____/s/_____
                                        MICHAEL TRACY, Attorney for Plaintiffs

DATED: June 16, 2010                    Seyfarth Shaw LLP

                                        By: _____
                                        CODY KNIGHT, Attorney for Defendant

**IT IS SO ORDERED THAT PLAINTIFF MAY FILE THE ATTACHED FIRST AMENDED COMPLAINT.**

DATED: June 21, 2010

                                        _____
                                        Hon. JEREMY FOGEL.
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER