**E-Filed 11/15/2010**

SEYFARTH SHAW LLP
Cody D. Knight (SBN 257627)
cknight@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
FLEXTRONICS INTERNATIONAL USA, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| MOHD AYUB KHAN, an individual, on behalf of himself and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>FLEXTRONICS INTERNATIONAL USA, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:09-CV-05155-JF (HRL)<br><br>[~~PROPOSED~~] ORDER ON PARTIES' JOINT STIPULATION REQUESTING FLEXTRONICS' MOTION TO MODIFY FINAL APPROVAL BE HEARD ON SHORTENED TIME<br><br>[CIVIL LOCAL RULE 6-2]<br><br>Judge:            Hon. Jeremy Fogel<br>Dept./Place:   Courtroom 3, Flr 5 |

The Court has considered the Parties' Joint Stipulation Requesting Defendant Flextronics International USA, Inc.'s ("Flextronics'") Motion to Modify Final Approval be Heard on Shortened Time.

The Court, having read and considered the Parties' Joint Stipulation and the Declaration of Cody D. Knight, **HEREBY ORDERS THAT**:

1. Pursuant to Civil Local Rule 6-2(b), the Parties' Joint Stipulation to Shorten Time on Flextronics' Motion to Amend Final Approval is **GRANTED**.

1      2.    The Motion for Modification to the Final Approval Order shall be heard at 9:00
2  a.m., or as soon thereafter as the matter may be heard, on November 19, 2010 in this
3  Department.
4      3.    Flextronics' moving papers for the Motion for Modification to the Final Approval
5  Order shall be filed no later than Monday, November 15, 2010.
6      4.    Any Opposition to the Motion for Modification shall be filed no later than
7  November 18, 2010.
8      5.    No reply shall be filed.

9  **IT IS SO ORDERED,**
10 Dated: November 15, 2010

                                        The Honorable Jeremy Fogel

12889639v.1